COLIN P. CALVERT, SBN 275195
E-Mail ccalvert@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

KEVIN L. QUAN, SBN 317798
E-Mail: kquan@fisherphillips.com
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
GOYARD SF, LLC

THIAGO M. COELHO
thiago@wilshirelawfirm.com
WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorney for Plaintiff
VALERIE BROOKS and the PUTATIVE CLASS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>   v.<br><br>GOYARD SF, LLC., a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>             Defendants. | Case No: 2:20-cv-01761-JAM-AC<br><br>**ORDER GRANTING AMENDED STIPULATION TO CONTINUE PLAINTIFF VALERIE BROOK'S MOTION TO STRIKE AFFRIMATIVE DEFENSES NOS. 1-3 AND 5-20 IN DEFENDANT GOYARD SF, LLC'S ANSWER**<br><br>Complaint Filed: August 31, 2020<br>Trial Date:          None Set |

**ORDER**

The Court, having reviewed the Amended Joint Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the hearing on Plaintiff Valerie Brooks' Motion to Strike Affirmative Defenses from February 23, 2021 to May 4, 2021;

2. Continue Defendant's deadline to file and serve its Opposition papers from February 9, 2021 to April 20, 2021;

3. Continue Plaintiff's deadline to file and serve its Reply papers from February 16, 2021 to April 27, 2021.

**IT IS SO ORDERED.**

DATED:  February 5, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE