COLIN P. CALVERT, SBN 275195
E-Mail ccalvert@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

KEVIN L. QUAN, SBN 317798
E-Mail: kquan@fisherphillips.com
One Embarcadero Center, Suite 2050
San Francisco, CA 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
GOYARD SF, LLC


THIAGO M. COELHO
thiago@wilshirelawfirm.com
JASMINE BEHROOZAN
jasmine@wilshirelawfirm.com
WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorney for Plaintiff
VALERIE BROOKS and the PUTATIVE CLASS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOYARD SF, LLC., a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No: 2:20-cv-01761-JAM-AC<br><br>**AMENDED JOINT STIPULATION TO CONTINUE PLAINTIFF VALERIE BROOKS' MOTION TO STRIKE AFFIRMATIVE DEFENSES NOS. 1-3 AND 5-20 IN DEFENDANT GOYARD SF, LLC.'S ANSWER**<br><br>Complaint Filed: August 31, 2020<br>Trial Date:       None Set |

1

Pursuant to Local Rule 230(f), Plaintiff Valerie Brooks ("Plaintiff") and Defendant Goyard SF, LLC ("Defendant"), by and through their counsel, hereby stipulate to, and respectfully apply to the Court for an order continuing the May 4, 2021 hearing regarding Plaintiff's Motion to Strike Affirmative Defenses until June 8, 2021.  Additionally, the parties also apply to the Court for an order continuing the filing dates for the Opposition briefs and Reply briefs due on April 20, 2021 and April 27, 2021 respectively.

**WHEREAS**, on August 31, 2020, Plaintiff filed her Class Action Complaint ("Complaint") against Defendant;

**WHEREAS**, on December 30, 2020, Plaintiff filed her Motion to Strike Affirmative Defenses ("Motion to Strike");

**WHEREAS**, the parties are currently engaged in ongoing settlement negotiations and the parties seek additional time to further evaluate the prospects for early resolution, which would conserve party and judicial resources;

**WHEREAS**, the parties have conferred and agreed that a continuance of Plaintiff's Motion to Strike hearing until June 8, 2021 will benefit both parties and preserve this Court's judicial resources;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned counsel as follows:

1. The Parties agree to continue Plaintiff's Motion to Strike hearing from May 4, 2021 to June 8, 2021;
2. Defendant's deadline to file and serve its Opposition papers shall be continued from April 20, 2021 to May 25, 2021;
3. Plaintiff's deadline to file and serve its Reply papers shall be continued from April 27, 2021 to June 1, 2021.

**IT IS SO STIPULATED.**

/ //

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: April 15, 2021 | **WILSHIRE LAW FIRM** |
| | */s/ Thiago M. Coelho*<br>Thiago M. Coelho<br>Jasmine Behroozan<br>*Attorney for Plaintiff and*<br>*Proposed Class* |
| Dated: April 15, 2021 | **FISHER & PHILLIPS LLP** |
| | */s/ Kevin L. Quan*<br>Colin P. Calvert<br>Kevin L. Quan<br>*Attorneys for Defendant* |

### FILER'S ATTESTATION

** Filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: April 15, 2021 | */s/ Kevin L. Quan*<br>Kevin L. Quan |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

The Court, having reviewed the Amended Joint Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Continue the hearing on Plaintiff Valerie Brooks' Motion to Strike Affirmative Defenses from May 4, 2021 to June 8, 2021;

2. Continue Defendant's deadline to file and serve its Opposition papers from April 20, 2021 to May 25, 2021;

3. Continue Plaintiff's deadline to file and serve its Reply papers from April 27, 2021 to June 1, 2021.

**IT IS SO ORDERED.**

Dated:  April 15, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE