# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated, | Case No.: 2:20-cv-01761-JAM-AC |
| | <u>CLASS ACTION</u> |
| Plaintiff, | Honorable John A. Mendez |
| v. | |
| GOYARD SF, LLC., a Delaware limited liability company; and DOES 1 to 10, inclusive, | **ORDER GRANTING STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE** |
| Defendants. | |

ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE

1  IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Valerie Brooks and Defendant Goyard SF, LLC's jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: 10/14/2021                    /s/John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE